IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| ANASTASIA KELESIDOU | * | |
| Agios Antonios 174 | | |
| Basilika, Thessaloniki T.K. 57006 | * | |
| Greece | | |
| | * | |
| Plaintiff | | |
| v. | * | CIVIL ACTION NO._____ |
| | | |
| BALFOUR BEATTY CONSTRUCTION, | * | |
| LLC | | |
| 3100 McKinnon | * | |
| Dallas, Texas 75201 | | |
| | * | |
| **SERVE ON:** | | |
| CSC – Lawyers Incorporating | * | |
| Services Company | | |
| 7 St. Paul Street | * | |
| Suite 820 | | |
| Baltimore, Maryland  21202 | * | |
| | | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now Anastasia Kelesidou, Plaintiff, by and through her attorneys, Raymond L. Marshall and Chason, Rosner, Leary & Marshall, LLC, and hereby sues Balfour Beatty Construction, LLC, Defendant, and states:

## PARTIES, JURISDICTION AND VENUE

1.     Anastasia Kelesidou ("Plaintiff") is a Greek citizen and permanently resides

in Greece.

2.      Balfour Beatty Construction, LLC is a Delaware corporation with its principal place of business located at 3100 McKinnon, Dallas, Texas 75201 according to records from Maryland's Department of Assessment and Taxation.

3.      This Court possesses subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

4.      Venue is proper in this Court because the tortious incident at issue occurred in Frederick County, Maryland.

5.      This Court can exercise personal jurisdiction over Defendant because Defendant transacts business and performs work in Maryland; and/or Defendant, through its agent, Matthew John Kirk, caused injuries in Maryland to the Plaintiff by tortious acts occurring in Maryland.

## UNDERLYING FACTS

6.      On or about the evening of November 22, 2016, Theoni Kontos was driving her 2012 Honda Ridgeline eastbound on Maryland Route 40.  Nektarios Cottros, a Greek priest, and Anastasia Kelesidou, a Greek nun, were passengers in Mrs. Kontos' vehicle.

7.      Matthew John Kirk, an agent of the Defendant, was driving a 2104 Ford F150 pick-up truck and negligently attempted to make a left-hand turn onto Maryland

Route 40, a two-lane road, in order to travel in the westbound direction.

8.     At all times relevant to this Complaint, Mr. Kirk was acting on behalf of, and within the scope of his employment to, Balfour Beatty Construction, LLC.

9.      Mr. Kirk, however, pulled out directly in front of Mrs. Kontos' vehicle and struck her head-on while still in Mrs. Kontos' lane of travel.

10.     Mr. Kirk was charged with failing to yield on a left-hand turn and pled guilty to that offense.

11.     Mr. Kirk's actions violated Maryland's boulevard rule, which rendered his conduct negligent as a matter of law.

### COUNT I – NEGLIGENCE/RESPONDEAT SUPERIOR
(Anastasia Kelesidou v. Balfour Beatty Construction, LLC)

12.     At all times mentioned herein, Plaintiff, a passenger, acted in a reasonable and prudent manner and did not contribute to the occurrence complained of in this Complaint.

13.     On the day of the incident, Matthew John Kirk and the Defendant owed a duty of care to Plaintiff to operate the vehicle Mr. Kirk was driving in a prudent, reasonable and safe manner.

14.     By failing to pay proper attention, failing to yield the right-of-way, and by driving on the wrong side of the road, Matthew John Kirk and the Defendant breached the duties of care owed to Plaintiff.

15.     Matthew John Kirk was otherwise negligent.

16.     As a proximate cause of Mr. Kirk's breaches, Plaintiff was severely injured.

17.     Matthew John Kirk's breaches of the duties of care he owed also proximately caused Plaintiff to incur past, present, and future medical expenses including, but not limited to, hospital, surgical, pharmacological, and rehabilitation expenses, including the cost of a future hip replacement surgery.

18.     Matthew John Kirk's breaches of the duties of care he owed proximately caused the Plaintiff significant past, present, and future pain and suffering due to her injuries, which include, but are not limited to, surgery for a hip fracture and, almost a year later, surgery for a hip replacement, daily pain in performing activities of daily living, requiring elbow crutches to stand and walk, taking pain killers in order to address her severe pain, unable to live at her home because she requires daily care, unable to drive, required to undress in front of strangers in order to undergo medical evaluations, nightmares, lack of mobility, embarrassment, humiliation, and other life-altering damages.

19.     Matthew John Kirk's breaches of the duties of care he owed proximately caused other economic and non-economic damages.

20.     At all times relevant to this Complaint, Matthew John Kirk was an agent of, and/or employed by, Defendant Balfour Beatty Construction, LLC.

21.     Matthew John Kirk's actions were negligent and were a proximate cause of substantial, serious, and life-long injuries to the Plaintiff.

22.     Matthew John Kirk's committed the afore-mentioned negligent acts or omissions within the scope of his employment or agency for Balfour Beatty Construction, LLC.

**WHEREFORE**, Anastasia Kelesidou, the Plaintiff, brings this action and seek judgment against Defendant, Balfour Beatty Construction, LLC, in an amount in excess of Five Million Dollars ($5,000,000), plus costs, expenses, pre-judgment interest, and post-judgment interest.

Respectfully submitted,

_____
Raymond L. Marshall, #25162
Chason, Rosner, Leary & Marshall, LLC
401 Washington Avenue, Suite 1100
Towson, Maryland 21204
Ph.: (410) 494-3700
Fax: (410) 583-7001
Email: rmarshall@crlmlaw.com
Attorneys for the Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff, by her undersigned counsel, demands a trial by jury against the

Defendant.

Respectfully submitted,

Raymond L. Marshall, #25162
Chason, Rosner, Leary & Marshall, LLC
401 Washington Avenue, Suite 1100
Towson, Maryland 21204
Ph.: (410) 494-3700
Fax: (410) 583-7001
Email: rmarshall@crlmlaw.com
Attorneys for the Plaintiff

6